An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY S. CARPENTER,
                    Appellant,
            vs.
KRISTINE R. CARPENTER,
                    Respondent.

No. 69071

**FILED**

NOV 1 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

### ORDER DISMISSING APPEAL

This pro se appeal appears to be from an order amending a divorce decree. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The district court's written order is no more than a summary reference to an attached minute order. A court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order are ineffective for any purpose. *State, Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004) (internal citations omitted) (internal quotations omitted). Accordingly we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15- 34488

cc: Hon. Lisa M. Brown, District Judge, Family Court Division
Gary S. Carpenter
K. Alexandra Monaco
Eighth District Court Clerk